**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Keenan** | **R.** | **Trashani** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   **Northern**   District of   **Illinois**

Case number   **25-00421**

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **4BR; 3BA; 2,692 Sq Feet**
Street address, if available, or other description

**2891 McMurtrie Ct**

**Yorkville, IL 60560-3012**
City       State       ZIP Code

**Kendall**
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$401,197.50

**Current value of the portion you own?**
$401,197.50

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenancy**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
Parcel Number: 02-17-451-001; LOT 221 WHISPERING MEADOWS UNIT 4 CITY OF YORKVILLE

**Source of Value:**
Zillow 1/11/2025 $399,700 and $401,100 1/26/25; LexisNexis AVM 1/26/25 $419,386; 2024 Tax Assessor $384,604

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..............➔

$401,197.50

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor  **Trashani, Keenan R.**

Case number *(if known)* **25-00421**

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1  Make: **Mercedes-Benz**

**C 43 4MATI AMG
Sedan 4D; AWD;
Black**

Model:

Year: **2017**

Approximate mileage: **79,857**

Other information:

**Source of Value: KBB
Private Party Sale 1/26/2025
V6, Twin Turbo. 3.0 Liter;
Auto, 9-Spd 9G-Tronic
VIN: 55SWF6EB6HU220129**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $18,178.00 | $9,089.00 |

If you own or have more than one, describe here:

3.2  Make: **Infiniti**

Model: **Q50 Premium AWD**

Year: **2015**

Approximate mileage: **161,369**

Other information:

**Source of Value: KBB
Private Party Sale 1/26/2025
Owned by Non-Filing
Spouse; 3.7 Premium Sedan
4D; V6, 3.7 Liter; Auto, 7-Spd
Rev Match
VIN: JN1BV7AR3FM393724**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,870.00 | $0.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1  Make:

Model:

Year:

Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

---

Debtor   **Trashani, Keenan R.**                                    Case number *(if known)* **25-00421**

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................... ➡   | **$9,089.00** |

| **Part 3:** | Describe Your Personal and Household Items |

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .........

| Sofa(s), Loveseat(s), END TABLES, DINING TABLE, CHINA CABINET, REFRIGERATOR / FREEZER, STOVE, MICROWAVE, DISH WASHER, WASHING MACHINE, CLOTHES DRYER, DISHES / FLATWARE, POTS / PANS / COOKWARE, BED, DRESSER(S) / NIGHTSTAND(S), LAMPS / ACCESSORIES, LAWNMOWER, YARD /LANDSCAPING TOOLS | $1,000.00 |

7.   **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........

| 50" Samsung TV and Samsung 55" TV, Laptop and Personal Computer, Tablet, Cell Phone, Video Game System, and small household electronics | $650.00 |

8.   **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

9.   **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe. .........

10.   **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

11.   **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| Used Clothing and Wedding Rings as Necessary Wearing Apparel | $3,500.00 |

---

Debtor  **Trashani, Keenan R.**                                    Case number *(if known)* **25-00421**

---

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| Silver / Diamond, Men's Wedding Ring as Necessary Wearing Apparel | $2,310.00 |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. .........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................  ➡   | $7,460.00 |

---

| Part 4: | Describe Your Financial Assets |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ................................................................................................................... Cash: ...................  | $500.00 |

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................            Institution name:

                                 **JPMorgan Chase Bank**
17.1. Checking account:          **Account Number: 8383**                         | $1,500.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................            Institution or issuer name:

---

Debtor  Trashani, Keenan R. _____    Case number *(if known)* **25-00421**

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them...................

Name of entity: _____     % of ownership: _____     _____

_____     _____     _____

_____     _____     _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them...................

Issuer name: _____     _____

_____     _____

_____     _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately.

Type of account:     Institution name:

Pension plan:     **IBEW Pension not yet eligible** _____     **unknown**

---

Debtor  **Trashani, Keenan R.** _____    Case number *(if known)* __25-00421__

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ..................... Institution name or individual:

Electric: _____  _____

Gas: _____  _____

Heating oil: _____  _____

Security deposit on rental unit: _____  _____

Prepaid rent: _____  _____

Telephone: _____  _____

Water: _____  _____

Rented furniture: _____  _____

Other: _____  _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes .................... Issuer name and description:

_____  _____

_____  _____

_____  _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____  _____

_____  _____

_____  _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
information about them. ... [_____]  _____

Debtor    **Trashani, Keenan R.** _____    Case number *(if known)* **25-00421** _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
       information about them. ...    [                                        ]    _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
       information about them. ...    [                                        ]    _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................

    Federal:    _____
    State:      _____
    Local:      _____

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony:              _____
    Maintenance:          _____
    Support:              _____
    Divorce settlement:   _____
    Property settlement:  _____

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........    [                                        ]    _____

---

Debtor  __Trashani, Keenan R._____     Case number *(if known)* __25-00421__

---

31. **Interests in insurance policies**

     *Examples:*  Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

     ☑ No

     ☐ Yes. Name the insurance company
        of each policy and list its value. ...      Company name:            Beneficiary:              Surrender or refund value:

     _____     _____     _____

     _____     _____     _____

     _____     _____     _____

32. **Any interest in property that is due you from someone who has died**

     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
     property because someone has died.

     ☑ No

     ☐ Yes. Give specific information. ........   _____      _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

     *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

     ☑ No

     ☐ Yes. Describe each claim. ...............   _____      _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off
    claims**

     ☑ No

     ☐ Yes. Describe each claim. ...............   _____      _____

35. **Any financial assets you did not already list**

     ☑ No

     ☐ Yes. Give specific information. ........   _____      _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here** ...................................................................................................➔    | $2,000.00 |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

     ☑ No. Go to Part 6.

     ☐ Yes. Go to line 38.

     **Current value of the
     portion you own?**
     Do not deduct secured
     claims or exemptions.

---

Debtor   **Trashani, Keenan R.**                                                   Case number *(if known)* **25-00421**

---

38. **Accounts receivable or commissions you already earned**

   ☑ No

   ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

   ☑ No

   ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

   ☑ No

   ☐ Yes. Describe. .........

41. **Inventory**

   ☑ No

   ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

   ☑ No

   ☐ Yes. Describe .......

   Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

   ☑ No

   ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

      ☐ No

      ☐ Yes. Describe. .........

---

Official Form 106A/B                          **Schedule A/B: Property**                          page **9**

Debtor   **Trashani, Keenan R.**                                    Case number *(if known)*  **25-00421**

---

44.   **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45.   **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ......................................................................................................... ➡   | $0.00 |

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.   **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

47.   **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ..........................

48.   **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

49.   **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ..........................

50.   **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ..........................

---

Debtor  **Trashani, Keenan R.**                                Case number *(if known)* **25-00421**

---

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
**for Part 6. Write that number here** ...................................................................... ➤  | **$0.00** |

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................... ➤  | **$0.00** |

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .......................................................................... ➤  | **$401,197.50** |

56. **Part 2: Total vehicles, line 5**                        | **$9,089.00** |

57. **Part 3: Total personal and household items, line 15**     | **$7,460.00** |

58. **Part 4: Total financial assets, line 36**                | **$2,000.00** |

59. **Part 5: Total business-related property, line 45**       | **$0.00** |

60. **Part 6: Total farm- and fishing-related property, line 52**  | **$0.00** |

61. **Part 7: Total other property not listed, line 54**    +  | **$0.00** |

62. **Total personal property.** Add lines 56 through 61. ...............  | **$18,549.00** |   Copy personal property total ➤  +  | **$18,549.00** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................  | **$419,746.50** |

---

Official Form 106A/B                     **Schedule A/B: Property**                              page **11**

Fill in this information to identify your case:

| Debtor 1 | **Keenan** | **R.** | **Trashani** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Illinois**_____

Case number
(if known)  **25-00421**

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **4BR; 3BA; 2,692 Sq Feet**<br>**2891 McMurtrie Ct**<br>**Yorkville, IL 60560-3012** | **$401,197.50** | | |
| | | ☑ **$15,000.00** | **735 ILCS 5/12-901** |
| Line from *Schedule A/B*: **1.1** | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Keenan** | **R.** | **Trashani** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-00421** |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Mercedes-Benz C 43 4MATI AMG Sedan 4D; AWD; Black** VIN: **55SWF6EB6HU220129** V6, Twin Turbo, 3.0 Liter; Auto, 9-Spd 9G-Tronic | **$9,089.00** | ☑ **$0.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| Line from *Schedule A/B:*   **3.1** | | | |
| Brief description: **Sofa(s), Loveseat(s), END TABLES, DINING TABLE, CHINA CABINET, REFRIGERATOR / FREEZER, STOVE, MICROWAVE, DISH WASHER, WASHING MACHINE, CLOTHES DRYER, DISHES / FLATWARE, POTS / PANS / COOKWARE, BED, DRESSER(S) / NIGHTSTAND(S), LAMPS / ACCESSORIES, LAWNMOWER, YARD /LANDSCAPING TOOLS** | **$1,000.00** | ☑ **$1,000.00**  ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Line from *Schedule A/B:*   **6** | | | |

| Debtor 1 | **Keenan** | **R.** | **Trashani** | Case number *(if known)* | **25-00421** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **50" Samsung TV and Samsung 55" TV, Laptop and Personal Computer, Tablet, Cell Phone, Video Game System, and small household electronics**<br><br>Line from *Schedule A/B:* **7** | **$650.00** | ☑ **$650.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **Used Clothing and Wedding Rings as Necessary Wearing Apparel**<br><br>Line from *Schedule A/B:* **11** | **$3,500.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a), (e)** |
| Brief description: **Silver / Diamond, Men's Wedding Ring as Necessary Wearing Apparel**<br><br>Line from *Schedule A/B:* **12** | **$2,310.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a), (e)** |
| Brief description: **Cash**<br><br>Line from *Schedule A/B:* **16** | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **JPMorgan Chase Bank**<br>**Checking account**<br>**Acct. No.: 8383**<br><br>Line from *Schedule A/B:* **17** | **$1,500.00** | ☑ **$1,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description: **IBEW Pension not yet eligible**<br><br>Line from *Schedule A/B:* **21** | **unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Keenan** | **R.** | **Trashani** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern** District of | **Illinois** |
| Case number (if known) | **25-00421** | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** **NATIONSTAR MORTGAGE** | Describe the property that secures the claim: | **unknown** | **$0.00** | **$0.00** |
| Creditor's Name | | | | |
| **350 HIGHLAND** | | | | |
| Number     Street | As of the date you file, the claim is: Check all that apply. | | | |
| | ☐ Contingent | | | |
| **HOUSTON, TX 77067** | ☐ Unliquidated | | | |
| City     State     ZIP Code | ☑ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☑ Debtor 1 only | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☐ At least one of the debtors and another | ☐ Other (including a right to offset) | | | |
| ☐ **Check if this claim relates to a community debt** | | | | |
| Date debt was incurred **12/3/2018** | Last 4 digits of account number **3  0  4  0** | | | |
| **Remarks:** Notice Only | | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$0.00** | |
|---|---|---|

| Debtor 1 | **Keenan** | **R.** | **Trashani** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | **25-00421** |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.2** **SELECT PORTFOLIO SVCIN**

Creditor's Name

**Po Box 65250**

Number     Street

**Salt Lake Cty, UT 84165-0250**

City     State     ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred     **12/3/2018**

Describe the property that secures the claim:     **$359,176.00**  |  **$401,197.50**  |  **$0.00**

**4BR; 3BA; 2,692 Sq Feet**
2891 McMurtrie Ct Yorkville, IL 60560-3012

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Nature of lien.** Check all that apply.

- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)     **Mortgage (1st Mortgage)**

Last 4 digits of account number     **8   3   3   2**

---

**2.3** **WESTLAKE FINANCIAL SVC**

Creditor's Name

**4751 WILSHIRE BLVD STE 1**

Number     Street

**LOS ANGELES, CA 90010**

City     State     ZIP Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred     **6/23/2023**

Describe the property that secures the claim:     **$34,101.23**  |  **$9,089.00**  |  **$25,012.23**

**2017 Mercedes-Benz C 43 4MATI AMG Sedan 4D; AWD; Black**
V6, Twin Turbo, 3.0 Liter; Auto, 9-Spd 9G-Tronic

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)     **AutoLoan**

Last 4 digits of account number     **1   9   7   9**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$393,277.23** | |
|---|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$393,277.23** | |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **2** of **4**

Debtor 1    **Keenan**              **R.**              **Trashani**
_____    Case number *(if known)* _**25-00421**_
First Name        Middle Name        Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**1.**  **Robertson Anschutz Schneid Crane Partner**
_____
Name

**13010 Morris Rd Ste 450**
_____
Number        Street

_____

**Alpharetta, GA 30004-2001**
_____
City                State            ZIP Code

On which line in Part 1 did you enter the creditor? _**2.1**_

Last 4 digits of account number    ___ ___ ___ ___

---

**2.**  **Kendall County Sheriff's Office**
_____
Name

**Kendall County Public Safety Center**

**1102 Cornell Ln**
_____
Number        Street

**Yorkville, IL 60560-9597**
_____
City                State            ZIP Code

On which line in Part 1 did you enter the creditor? _**2.1**_

Last 4 digits of account number    ___ ___ ___ ___

---

**3.**  **Codilis & Associates, P.C.**
_____
Name

**Attn Michael P. Kelleher**

**15w030 N Frontage Rd Ste 100**
_____
Number        Street

**Burr Ridge, IL 60527-6921**
_____
City                State            ZIP Code

On which line in Part 1 did you enter the creditor? _**2.1**_

Last 4 digits of account number    ___ ___ ___ ___

---

**4.**  **Robertson Anschutz Schneid Crane Partner**
_____
Name

**205 N Michigan Ave Ste 810**
_____
Number        Street

_____

**Chicago, IL 60601-5902**
_____
City                State            ZIP Code

On which line in Part 1 did you enter the creditor? _**2.1**_

Last 4 digits of account number    ___ ___ ___ ___

---

**5.**  **NationStar Mortgage LLC d/b/a Mr. Cooper**
_____
Name

**8950 Cypress Waters Blvd**
_____
Number        Street

_____

**Coppell, TX 75019-4620**
_____
City                State            ZIP Code

On which line in Part 1 did you enter the creditor? _**2.1**_

Last 4 digits of account number    ___ ___ ___ ___

---

**6.**  **Mr. Cooper**
_____
Name

**Attn: Payments**

**Po Box 650783**
_____
Number        Street

**Dallas, TX 75265-0783**
_____
City                State            ZIP Code

On which line in Part 1 did you enter the creditor? _**2.1**_

Last 4 digits of account number    ___ ___ ___ ___

---

| Debtor 1 | **Keenan** | **R.** | **Trashani** | Case number *(if known)* __25-00421__ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed - Additional Page |
|---|---|

---

**7.** **Mr. Cooper**

Name

**Attn: Customer Relations**

**Po Box 619098**

Number      Street

**Dallas, TX 75261-9098**

City                State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number      ___ ___ ___ ___

---

**8.** **Kendall County Sheriff's Office**

Name

**Attn: Civil Process Division**

**1102 Cornell Ln**

Number          Street

**Yorkville, IL 60560-9597**

City                State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number      ___ ___ ___ ___

---

**9.** **Westlake Financial Services**

Name

**C/O Peritus Portfolio Services II, LLC**

**Po Box 141419**

Number          Street

**Irving, TX 75014-1419**

City                State      ZIP Code

On which line in Part 1 did you enter the creditor? __2.3__

Last 4 digits of account number      ___ ___ ___ ___

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Keenan** | **R.** | **Trashani** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Illinois** _____

Case number  **25-00421**
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    List All of Your PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☑ Yes.

**2.**   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Illinois Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | **unknown** | **unknown** | **unknown** |

Priority Creditor's Name

**Bankruptcy Unit**

**Po Box 19035**

Number     Street

**Springfield, IL 62794-9035**

City     State     ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Notice Purposes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **Keenan**                **R.**                **Trashani**
            First Name          Middle Name          Last Name          Case number *(if known)*  **25-00421**

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**  **Internal Revenue Service**

Priority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**

Number        Street

**Philadelphia, PA 19101-7346**

City        State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Estimated Federal Tax for 2024

---

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**    **12/31/2024**

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Total claim:** **$1,000.00**   **Priority amount:** **$1,000.00**   **Nonpriority amount:** **$0.00**

---

Debtor 1      **Keenan**          **R.**          **Trashani**

First Name      Middle Name      Last Name      Case number *(if known)* __25-00421__

| **Part 2:** | List All of Your **NONPRIORITY** Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**  **ACIMA DIGITAL FKA SIMP**

Nonpriority Creditor's Name

**13907 S MINUTEMAN DR**

Number        Street

**DRAPER, UT 84020**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** believe paid

Last 4 digits of account number      **5    8    7    X**

When was the debt incurred?            **3/2/2020**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lease**

**$4,702.00**

---

**4.2**  **DISCOVER BANK**

Nonpriority Creditor's Name

**PO BOX 30939**

Number        Street

**SALT LAKE CITY, UT 84130**

City            State            ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notice Purposes as open account

Last 4 digits of account number      **5    1    3    2**

When was the debt incurred?            **4/23/2023**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **CreditCard**

**$200.00**

| Debtor 1 | **Keenan** | **R.** | **Trashani** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*  **25-00421** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

---

**4.3**

**JP Morgan Chase Bank**
Nonpriority Creditor's Name

**C/0 CT Corporation Systems**

**4400 Easton Cmns Ste 125**
Number          Street

**Columbus, OH 43219-6223**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **C    7    6    2**          **$7,996.00**

When was the debt incurred?          **11/3/2021**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Landlord Tenant Issue**

---

**4.4**

**JPMCB CARD SERVICES**
Nonpriority Creditor's Name

**PO BOX 15369**
Number          Street

**WILMINGTON, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **6    4    4    8**          **$5,791.00**

When was the debt incurred?          **7/11/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

---

Debtor 1     __Keenan__       __R.__            __Trashani__
           First Name      Middle Name        Last Name          Case number *(if known)* __25-00421__

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                     **Total claim**

| | | |
|---|---|---|
| **4.5** | **JPMCB CARD SERVICES** | Last 4 digits of account number    0   0   2   4 | $4,649.00 |

**4.5**

**JPMCB CARD SERVICES**
Nonpriority Creditor's Name

**PO BOX 15369**
Number          Street

**WILMINGTON, DE 19850**
City              State           ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0   0   2   4

When was the debt incurred?    __8/13/2018__

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **FlexibleSpendingCreditCard**

**Total claim** $4,649.00

---

**4.6**

**Midland Credit Management Inc.**
Nonpriority Creditor's Name

**Po Box 2037**
Number          Street

**Warren, MI 48090-2037**
City              State           ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** May have been paid in chapter 13

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

**Total claim** $1,040.99

Debtor 1    **Keenan**              **R.**              **Trashani**
_____    Case number *(if known)*  **25-00421**
First Name          Middle Name          Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

| 4.7 | **Whispering Meadows Comm Associates** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |

Nonpriority Creditor's Name

**525 Faxon Rd**                                             **When was the debt incurred?**  _____

Number          Street

                                                    **As of the date you file, the claim is:** Check all that apply.

**Yorkville, IL 60560-3009**                                 ☐ Contingent
City          State          ZIP Code                        ☐ Unliquidated
                                                    ☐ Disputed

**Who incurred the debt?** Check one.                         **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only                                              ☐ Student loans
☐ Debtor 2 only                                              ☐ Obligations arising out of a separation agreement or divorce that you did not report as
☐ Debtor 1 and Debtor 2 only                                    priority claims
☑ At least one of the debtors and another                    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**            ☑ Other. Specify  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Remarks:** Notice Only - Defendant in the Foreclosure

| Debtor 1 | **Keenan** | **R.** | **Trashani** | | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)*  **25-00421** | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$1,000.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | **$1,000.00** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | **$24,378.99** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$24,378.99** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Keenan** | **R.** | **Trashani** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Illinois** | |
| Case number (if known) | **25-00421** | | |

☐ Check if this is an amended filing

# Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases           **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| 2.2 | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| 2.3 | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |
| 2.4 | |
| Name | |
| Number     Street | |
| City          State     ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Keenan** | **R.** | **Trashani** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Illinois**

Case number **25-00421**
(if known)

☐ Check if this is an amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1.** **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
☑ Yes

**2.** **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number          Street

_____
City          State          ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F,* or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.1 | **Trashani, Samantha** | |
|---|---|---|
| | Name | ☐ Schedule D, line _____ |
| | **2891 McMurtrie Ct** | ☑ Schedule E/F, line **4.3, 4.7** |
| | Number          Street | ☐ Schedule G, line _____ |
| | **Yorkville, IL 60560-3012** | |
| | City          State          ZIP Code | |

| 3.2 | **Trashani, Tyler M.** | |
|---|---|---|
| | Name | ☑ Schedule D, line **2.3** |
| | **1672 Riverside Ave Apt B211** | ☐ Schedule E/F, line _____ |
| | Number          Street | ☐ Schedule G, line _____ |
| | **Fort Collins, CO 80525-1317** | |
| | City          State          ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Keenan** | **R.** | **Trashani** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Illinois** | |
| Case number (if known) | **25-00421** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| 1. **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| | **Occupation** | **Local 196 Equipment Operator** | **Sales** |
| Include part time, seasonal, or self-employed work. | **Employer's name** | **York Construction & Management Services** | **J. F. Ahern Co.** |
| | **Employer's address** | **902 S Randall Rd Ste C-277** | **3201 W Canal St** |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | **DBA York Utility Services** | |
| | | **Saint Charles, IL 60174-1781** | **Milwaukee, WI 53208-4153** |
| | | City            State      Zip Code | City            State      Zip Code |
| | **How long employed there?** | **3 years** | **3 years 1 month** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | **$8,808.80** | **$6,345.73** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$393.90** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$8,808.80** | **$6,739.63** |

Debtor 1    **Keenan**    **R.**    **Trashani**    Case number *(if known)* **25-00421**

First Name    Middle Name    Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here.................................................➔  4. | $8,808.80 | $6,739.63 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $1,807.52 | $1,359.97 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $507.65 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $264.25 | $0.00 |
| 5h. Other deductions. Specify: _____ | 5h. + | $0.00 | + $0.00 |

| | | | |
|---|---|---|---|
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $2,071.77 | $1,867.62 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $6,737.03 | $4,872.01 |

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| | 8a. | $0.00 | $0.00 |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| | 8c. | $0.00 | $0.00 |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | |
|---|---|---|---|
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: _____ | 8h. + | $0.00 | + $0.00 |

| | | | |
|---|---|---|---|
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $6,737.03  + | $4,872.01  = | $11,609.04 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

| | | |
|---|---|---|
| Specify: _____ | 11. + | $0.00 |

| | | |
|---|---|---|
| 12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies | 12. | $11,609.04 |
| | | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: Debtor has more stable income and income anticipated to increase to about $2,200 per week Gross and net per week of $1,850. Debtor was off work in 2024 for 3-4 months as he needed to take a CDL (Commercial Drivers License Course) that was required to keep his job. That is over so Income will increase as well due to that fact.

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1    **Keenan**     **R.**      **Trashani**
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)
First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    **Northern District of Illinois**

Case number    **25-00421**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

**1.**   **Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No

     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2.**   **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No

☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

**3.**   **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
| --- | --- | --- |
| **4.** **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$2,314.04** |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. | **$0.00** |
| 4b.   Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. | **$250.00** |
| 4d.   Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Keenan** | **R.** | **Trashani** | Case number *(if known)* 25-00421 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$350.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$350.00** |
| | 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,200.00** |
| 8. | **Childcare and children's education costs** | 8. | **$0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$150.00** |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$250.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | **$0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2017 Mercedes-Benz C 43 4MATI AMG Sedan 4D; AWD; Black** | 17a. | **$752.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Keenan** | **R.** | **Trashani** | Case number *(if known)* | **25-00421** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

21.  **Other.** Specify: <u>Non-Filing Spouse's Personal Expenses/Bill</u>    21.    +    <u>$500.00</u>

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.    <u>$7,066.04</u>

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    <u>$0.00</u>

22c. Add line 22a and 22b. The result is your monthly expenses.    22c.    <u>$7,066.04</u>

23.  **Calculate your monthly net income.**

23a. Copy line 12 (your combined monthly income) from *Schedule I.*    23a.    <u>$11,609.04</u>

23b. Copy your monthly expenses from line 22c above.    23b.    −    <u>$7,066.04</u>

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c.    <u>$4,543.00</u>

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.    Debtor was off work in 2024 for 3-4 months as he needed to take a CDL (Commercial Drivers License Course) that was required to keep his job. He also had to pay $3-$5k out of pocket for this. That has been completed so that expense is no longer applicable.